# EXHIBIT A

EFILED LUCAS COUNTY
02/01/2021 11:30 AM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 65703

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | |
|---|---|
| FAMILY GUYS, LLC DBA ANDY'S BAR AND GRILL; JOJO'S PIZZA<br>4945 Dorr Street<br>Toledo, Ohio 43615<br><br>Plaintiff<br><br>vs.<br><br>SCOTTSDALE SURPLUS LINES INSURANCE COMPANY<br>8877 N. Gainey Center Drive<br>Scottsdale, AZ 85258<br><br>Defendant | CASE NO.<br><br>JUDGE<br><br>**COMPLAINT**<br>**(Jury Demand Endorsed Hereon)**<br><br>G-4801-CI-0202101216-000<br>Judge<br>LINDA J. JENNINGS |

## GENERAL ALLEGATIONS

1. Plaintiff Family Guys, LLC dba Andy's Bar and Grill/Jojo's Pizza ("Plaintiff") owned a business located at 4945 Dorr Street, Toledo, Ohio ("Subject Property").

2. Defendant Scottsdale Surplus Lines Insurance Company ("Scottsdale") insured Plaintiff under policy number [Insurance], 2018. A copy of the declarations page of the policy is attached as Exhibit 1. The policy insures the betterments up to $65,000, business personal property up to $100,000, and business interruption up to $100,000.

3. Based on those insurance limits Scottsdale charged Plaintiff a premium in excess of $4,000; which he paid.

4. On the evening of May 30, 2019, Plaintiff left the Subject Property.

5. Later that evening Plaintiff was alerted the Subject Property was on fire.

6. Plaintiff promptly reported the fire to Scottsdale, which commenced its own investigation into the cause and origin of the fire.

7. Ultimately the cause of the fire was undetermined and unknown. Plaintiff had nothing to do with the fire.

8. Plaintiff fully cooperated with the claim investigation and submitted all documents requested.

9. Scottsdale has not denied the claim but refuses to pay the claim.

10. Scottsdale's delay caused Plaintiff to lose his business.

## COUNT ONE
### Breach of Contract – Scottsdale

11. Plaintiff restates the above allegations.

12. Plaintiff had a contract with Scottsdale on the day the loss occurred.

13. At all times, Plaintiff fulfilled his duties under the contract.

14. Scottsdale breached the insurance contract by failing to pay Plaintiff the amount due under the insurance policy.

15. As a direct and proximate result of Scottsdale's breach of the insurance contract, Plaintiff has been denied the policy benefits due under the contract. As a further direct and proximate result of Scottsdale's breach of the insurance contract, Plaintiff has suffered other reasonably contemplated damages.

## COUNT TWO
### Lack of Good Faith

16. Plaintiff restates the above allegations.

17. In adjusting Plaintiff's claim, Scottsdale, through its agents, attorneys, adjusters, and investigators, acted unreasonably, without reasonable justification, fraudulently, intentionally, recklessly, and not in good faith by:

    a. Placed its own interests ahead of the interests of its insureds;

  b. Failed to comply with the requirements of OAC 3901-1-54, Unfair Property/Casualty Claims Settlement Practices;

  c. Failed to seek a legal opinion as to whether the denial was proper; and

  d. Failed to comply with Scottsdale's own claim investigation standards and guidelines.

18. Scottsdale, through its agents, attorneys, adjustors, and investigators, acted intentionally, willfully, wantonly, and with actual malice in refusing to pay Plaintiff's claim and delaying such payments. Among other actions:

  a. Unreasonably concluded Plaintiff misrepresented how the fire was reported; and

  b. Unreasonably concluded that Plaintiff misrepresented information about the contents in the Property.

19. The actions and omissions of Scottsdale demonstrate malice, aggravated or egregious fraud, oppression, or insult and Scottsdale, as principal or master of its agents and adjusters, authorized, participated in, and ratified the actions or omissions of its agents and adjusters in this regard.

20. As a direct and proximate result of Scottsdale's lack of good faith, Plaintiff suffered emotional distress and anxiety, inconvenience, increased loss of use, and economic harm, and has incurred litigation expenses and attorney's fees.

21. The Plaintiff prays for judgment on this count in an amount in excess of $25,000 in compensatory damages and an amount in excess of $25,000 in property damage, the exact amount to be determined by the trier of fact, plus interest, costs, and attorney's fees as allowed by law.

WHEREFORE, Plaintiff prays for judgment against Scottsdale in an amount in excess of $25,000 the exact amount to be determined by the trier of fact. Plaintiff also prays for interest,

costs, and attorney fees as allowed by law, and such other relief as the Court, in the exercise of its equitable jurisdiction, deems proper.

>Respectfully submitted,
>
>*/s/ Robert P. Rutter*
>Robert A. Rutter (0081503)
>RUTTER & RUSSIN, LLC
>One Summit Office Park, Suite 650
>4700 Rockside Road
>Cleveland, Ohio 44131
>(216) 642-1425
>bobbyrutter@OhioInsuranceLawyer.com
>jrudin@OhioInsuranceLawyer.com

## JURY DEMAND

Plaintiffs hereby requests, pursuant to Civil Rule 38(B), a trial by jury of the issues of the within lawsuit.

>*/s/ Robert P. Rutter*
>ROBERT A. RUTTER

**COMMON POLICY DECLARATIONS**

# SCOTTSDALE
SURPLUS LINES INSURANCE COMPANY

8877 North Gainey Center Drive • Scottsdale, Arizona 85258
1-800-423-7675
A STOCK COMPANY

NEW

Policy Number
CPH0020465

EXHIBIT 1

**ITEM 1. Named Insured and Mailing Address**
ANDY'S BAR & GRILL; JOJO'S PIZZA
FAMILY GUYS, LLC DBA:
4945 DORR STREET
TOLEDO, OH 43615

**Agent Name and Address**
PAXTON INSURANCE
5700 ALEXIS ROAD
SYLVANIA, OH 43560

Agent No.: 34008   Program No.: AG

**ITEM 2. Policy Period**   From: 06/26/2018   To: 06/26/2019   Term: 365 DAYS
12:01 A.M., Standard Time at the mailing address shown in ITEM 1.

Business Description:   RESTAURANT/BAR

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium Summary |
|---|---|
| Commercial General Liability Coverage Part | $ 2,684 |
| Commercial Property Coverage Part | $ 1,386 |
| Commercial Crime And Fidelity Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
|  | $ |
|  | $ |
| Total Policy Premium: | $ 4,070.00 |
| SURPLUS LINES TAX | $ 203.50 |
| INSPECTION FEE | $ 175.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Policy Total: | $ 4,448.50 |

Form(s) and Endorsement(s) made a part of this policy at time of issue:
**SEE SCHEDULE OF FORMS AND ENDORSEMENTS**

STRONGSVILLE, OH
6/27/2018

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH
THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY,
COMPLETE THE ABOVE NUMBERED POLICY.

OPH-D-1 (8-10)          HOME OFFICE          ophd1j.fap

Ex. A - 5

# SCOTTSDALE
SURPLUS LINES INSURANCE COMPANY

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. ___Insurance___  Effective Date: __06/26/2018__
12:01 A.M., Standard Time

Named Insured ANDY'S BAR & GRILL; JOJO'S PIZZA   Agent No. __34008__

```
UTH-COVPG   1-16      Cover Page
OPH-D-1     8-10      Common Policy Declarations
UTH-SP-2    12-95     Schedule Of Forms and Endorsements
COMMON FORMS
UTH-SP-3    8-96      Locations Schedule
IL 09 53    1-15      Excl Certified Acts Terrorism
GENERAL LIABILITY FORMS
CLH-SD-1L   8-01      GL Supplemental Dec
CLH-SP-1L   10-93     GL Ext Supplemental Dec
CG 00 01    4-13      General Liab Cov
CG 20 11    4-13      AI-Managers Or Lessors Of Prem
CG 21 01    11-85     Excl-Athletic-Sports Partic
CG 21 44    4-17      Designated Premises/Project/Operation Limitation
CG 21 73    1-15      Exclusion-Certified Acts Of Terrorism
CG 24 07    1-96      Prod-Comp Ops Haz Redefined
CG 24 26    4-13      Amend Of Insured Contract Definition
GLH-285s    2-18      Assault/Battery Ltd Liab Cov (Designated Premises)
GLH-289s    11-07     Known Injury/Dmg Excl-Personal/Advertise Injury
UTH-128s    8-15      Optional Provisions Endorsement
UTH-246s    9-16      Amendatory Endorsements-Without Med Pay Excl
UTH-365s    2-09      Amend Of Nonpayment Cancel Condition
PROPERTY FORMS
CPH-SD-1    2-16      Property Supplemental Dec
CFH-20s     10-17     Commercial Property Extension
CFH-21s     10-17     Equipment Breakdown Coverage
CP 00 10    10-12     Building & Personal Prop Cov
CP 00 30    10-12     BI W-Extra Expense Coverage
CP 00 90    7-88      Property Conditions
CP 01 40    7-06      Excl Of Loss Due To Virus Or Bacteria
CP 04 11    9-17      Protective Safeguards
CP 10 30    9-17      Causes Of Loss-Special Form
CP 12 11    9-17      Burglary-Robbery Protective Safeguards
FH-18       11-86     Total-Constructive Loss Clause
```

HOME OFFICE

UTH-SP-2 (12-95)

Ex. A - 6

# SCOTTSDALE
**SURPLUS LINES INSURANCE COMPANY**

## SCHEDULE OF LOCATIONS

Policy No. __________/26/2018_____

12:01 A.M. Standard Time

Named Insured __ANDY'S BAR & GRILL; JOJO'S PIZZA__    Agent No. ____34008_____

| Prem. No. | Bldg. No. | Designated Premises (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 1 | 1 | 4945 DORR ST., TOLEDO, OH 43615 | RESTAURANT/BAR |

UTH-SP-3 (8-96)                HOME OFFICE

Ex. A - 7

# SCOTTSDALE
SURPLUS LINES INSURANCE COMPANY
## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Policy No. _____Insurance_____ Effective Date ___06/26/2018___
12:01 A.M., Standard Time

Named Insured  ANDY'S BAR & GRILL; JOJO'S PIZZA   Agent No. ___34008___

| Item 1. Limits of Insurance | | |
|---|---|---|
| Coverage | Limit of Liability | |
| Aggregate Limits of Liability | $ 2,000,000 | Products/ Completed Operations Aggregate |
|  | $ 2,000,000 | General Aggregate (other than Products/ Completed Operations) |
| Coverage A - Bodily Injury and Property Damage Liability | $ 1,000,000 | any one occurrence subject to the Products/ Completed Operations and General Aggregate Limits of Liability |
| Damage to Premises Rented to You Limit | $ 100,000 | any one premises subject to the Coverage A occurrence and the General Aggregate Limits of Liability |
| Coverage B - Personal and Advertising Injury Liability | $ 1,000,000 | any one person or organization subject to the General Aggregate Limits of Liability |
| Coverage C - Medical Payments | $ 5,000 | any one person subject to the Coverage A occurrence and the General Aggregate Limits |

**Item 2. Description of Business**

Form of Business:

☐ Individual  ☐ Partnership  ☐ Joint Venture  ☐ Trust  ☒ Limited Liability Company

☐ Organization including a corporation (other than Partnership, Joint Venture or Limited Liability Company)

Location of All Premises You Own, Rent or Occupy:

See Schedule of Locations

**Item 3. Forms and Endorsements.**

Form(s) and Endorsement(s) made a part of this policy at time of issue:

See Schedule of Forms and Endorsements

| Item 4. Premiums | |
|---|---|
| Coverage Part Premium: | $ 2,684 |
| Other Premium: | $ |
| Total Premium: | $ 2,684 |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CLH-SD-1L (8-01)   HOME OFFICE   clhsdllg.fap

Ex. A - 8

# SCOTTSDALE
SURPLUS LINES INSURANCE COMPANY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## EXTENSION OF SUPPLEMENTAL DECLARATIONS

Policy No. _____ Insurance _____ : 06/26/2018
12:01 A.M., Standard Time

Named Insured ANDY'S BAR & GRILL; JOJO'S PIZZA    Agent No. 34008

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|
| 1 | 1 | 16916 | $550,000. | TOTAL SALES |

| Class Description: | Premises/ Operations | |
|---|---|---|
| RESTAURANTS - WITH SALE OF ALCOHOLIC BEVERAGES THAT ARE 30% OR MORE OF BUT LESS THAN 75% OF THE TOTAL ANNUAL RECEIPTS OF THE RESTAURANTS - WITHOUT DANCE FLOOR | Rate | Premium |
| | $4.88 | $2,684.00 |
| | Products/ Comp Operations | |
| | Rate | Premium |
| | INCLUDED | INCLUDED |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|
| 1 | 1 | 49950 | 1 | EACH |

| Class Description: | Premises/ Operations | |
|---|---|---|
| ADDITIONAL INTERESTS: SEE FORM CG2011 | Rate | Premium |
| | INCLUDED | INCLUDED |
| | Products/ Comp Operations | |
| | Rate | Premium |
| | INCLUDED | INCLUDED |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|
| | | | | |

| Class Description: | Premises/ Operations | |
|---|---|---|
| | Rate | Premium |
| | | |
| | Products/ Comp Operations | |
| | Rate | Premium |
| | | |

| Prem. No. | Bldg. No. | Class Code | Exposure | Basis |
|---|---|---|---|---|
| | | | | |

| Class Description: | Premises/ Operations | |
|---|---|---|
| | Rate | Premium |
| | | |
| | Products/ Comp Operations | |
| | Rate | Premium |
| | | |

CLH-SP-1L (10-93)                HOME OFFICE                clhspllf.fap

Ex. A - 9

EFILED LUCAS COUNTY
02/01/2021 11:30 AM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 65703

# LUCAS COUNTY COMMON PLEAS COURT
## CASE DESIGNATION

**TO:** Bernie Quilter, Clerk of Courts   **CASE NO.** _____

G-4801-CI-0202101216-000
Judge
**LINDA J. JENNINGS**

**The following type of case is being filed:**

**Professional Malpractice**
- [ ] Legal Malpractice (L)
- [ ] Medical Malpractice (M)

- [ ] **Product Liability** (B)
- [ ] **Other Tort** (C)

**Workers' Compensation**
- [ ] State Funded (D)
- [ ] Self Insured (K)

- [ ] **Administrative Appeal** (F)

- [ ] **Commercial Docket**

By submitting the complaint, with the signature of the Attorney, the Attorney affirms that the name of person with settlement authority and his/her direct phone number will be provided upon request to a party or counsel in this matter

**Other Civil**
- [ ] Consumer Fraud (N)
- [ ] Forfeiture
- [ ] Appropriation (P)
- [ ] Court Ordered
- [x] Other Civil (H)
- [ ] Certificate of Title
- [ ] Copyright Infringement (W)

This case was previously dismissed pursuant to CIVIL RULE 41 and is to be assigned to Judge _____, the original Judge at the time of dismissal. The previously filed case number was CI_____.

This case is a civil forfeiture case with a criminal case currently pending. The pending case number is_____, assigned to Judge _____

This case is a Declaratory Judgment case with a personal injury or related case currently pending. The pending case number is_____, assigned to Judge _____

    This case is to be reviewed for consolidation in accordance with Local Rule 5.02 as a companion or related case. This designation sheet will be sent by the Clerk of Courts to the newly assigned Judge for review with the Judge who has the companion or related case with the lowest case number. The Judge who would receive the consolidated case may accept or deny consolidation of the case. Both Judges will sign this designation sheet to indicate the action taken. If the Judge with the lowest case number agrees to accept, the reassignment of the case by the Administration Judge shall be processed. If there is a disagreement between the Judges regarding consolidation, the matter may be referred to the Administrative Judge.

Related/companion case number_____ Assigned Judge_____

_____  _____
Approve/Deny      Date      Approve/Deny      Date

**Attorney** Robert A. Rutter
**Address** 4700 Rockside Road, Suite 650
Cleveland, Ohio 44131
**Telephone** (216) 642-1425

Ex. A - 10

## LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**  OTHER CIVIL

SCOTTSDALE SURPLUS LINES INSURANCE COMPANY
8877 N GAINEY CENTER DRIVE
SCOTTSDALE, AZ 85258

G-4801-CI-0202101216-000
JUDGE:  LINDA J JENNINGS

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)
FAMILY GUYS LLC
4945 DORR ST
TOLEDO, OH 43615

ATTORNEY FOR PLAINTIFF(S)
ROBERT A RUTTER
ONE SUMMIT OFFICE PARK
4700 ROCKSIDE RD  STE 650
CLEVELAND, OH 44131

BERNIE QUILTER
CLERK OF COURTS

Date:  February 02, 2021

_____, Clerk



# IF YOU DO NOT HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark one & respond)

☐ I request to be notified by email

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject: G-4801-CI-0202101216-000
SCOTTSDALE SURPLUS LINES INSURANCE COMPANY
Message: Your email address

**OR**

☐ I request to be notified by regular mail
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*





USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5235 9122 0498 87

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

FILED
FEB 18 2021
Lucas Co. Com. Pleas Court
Bernie Quilter, Clerk

Ex. A - 14